Case No. 23-mj-156
Assigned To: Magistrate Judge Zia M. Faruqui
Date Assigned: 7/6/2023
Description: Complaint with Arrest Warrant

**STATEMENT OF FACTS**

Your affiant, Brian Hedgecock, is a Task Force Officer with the Federal Bureau of Investigation (FBI). I have been a Task Force Officer with FBI since July 2020. I serve in this capacity as a Technical Trooper for the Kansas Highway Patrol. I am presently assigned to the Kansas City Division working in the Wichita Residence Office (WRA). I have been a certified Peace Officer in the State of Kansas for 24 years. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Task Force Officer, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

1

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Identification of CHAD SUENRAM

The FBI first assessed that CHAD SUENRAM participated in the Capitol Riot on January 6, 2021, through geolocation data. According to records obtained through legal process, the FBI learned that a mobile device associated with the Gmail user account newlookcompanies@gmail.com was present inside and immediately outside the U.S. Capitol on January 6, 2021, between approximately 2:43 p.m. and 4:09 p.m. The affiant reviewed search warrant results and learned that on January 5, 2021, a user with a cellular phone associated with the newlookcompanies@gmail.com account travelled from Wichita, Kansas to Washington D.C., and returned from Washington D.C. on January 7, 2021. Search warrant returns also showed that the same mobile device was located at a private bus charter company in Wichita, Kansas the morning of January 5, 2021. Through open sources, the affiant learned that SUENRAM travelled to Washington, D.C. on January 5 with that private charter company.

An open-source search indicates the newlookcompanies@gmail.com account is associated with New Look Companies Landscaping LLC. Additional open-source searches show SUENRAM is one owner of that company.

The FBI ran biometric facial recognition software on photographs and video footage taken on January 6, 2021, and results showed that SUENRAM was at the U.S. Capitol on January 6, 2021. In the photographs, SUENRAM had a painted American flag on the right side of his head, just above his ear. SUENRAM was wearing a long-sleeved black hoodie with a black t-shirt over the hoodie. The black t-shirt had "USMC" on the front and back in red letters and the back also displayed a metallic eagle. Photographs taken outside the U.S. Capitol building showed SUENRAM with a plastic facemask lifted while he poured water on his face. The plastic facemask was decorated like the U.S. flag.



*Images 1-3: Images taken from Jan. 6, 2021 show SUENRAM outside the U.S. Capitol building with his face mask temporarily removed.*



*Image 4: On January 6, 2021, SUENRAM wore a painted American flag facemask and had an American flag painted on the right side of his head.*

3

On July 12, 2022, two FBI agents, including this affiant, contacted SUENRAM at his residence in Wichita, Kansas. The agents spoke with SUERNAM for roughly 10 minutes about the investigation. SUENRAM declined to be interviewed at that time, and told agents he intended to retain an attorney. Both agents confirmed that the photos of SUENRAM captured in this investigation are a positive match with the SUENRAM that was met at the residence.

**SUENRAM'S Involvement in Events of January 6, 2021**

The affiant also reviewed CCTV footage of the U.S. Capitol from January 6, 2021. United States Capitol Police ("USCP") images and surveillance footage captured SUENRAM outside the U.S. Capitol prior to entry, and his entry into the U.S. Capitol building. Observation of USCP CCTV footage shows SUENRAM entered the U.S. Capitol through the Senate Fire Door at approximately 2:45 p.m. and walked straight ahead down a hallway. Roughly nine minutes after entering, SUENRAM was again captured in CCTV footage as part of a large crowd being forced out of the U.S. Capitol through the same door he entered.



*Image 5: Screenshot of USCP CCTV footage shows SUENRAM first entering the U.S. Capitol through the Senate Fire Door.*



*Image 6: Screenshot of USCP CCTV footage shows SUENRAM exiting the U.S. Capitol through the Senate Fire Door.*

The affiant reviewed other CCTV that showed SUENRAM entered the U.S. Capitol a second time through the Senate Wing Door at approximately 3:05 p.m. The affiant also reviewed video footage captured on mobile devices of others persons present inside the U.S. Capitol on January 6. This footage shows SUENRAM walking through the Crypt before joining a group that was yelling "USA, USA," all the while filming the events on his phone.



*Image 7: Screenshot of USCP CCTV footage shows SUENRAM re-entered the U.S. Capitol through the Senate Wing Door.*

5



*Image 8: Screenshot of footage taken by a rioters on January 6 shows SUENRAM walking through the Crypt.*

The affiant observed SUENRAM within the U.S. Capitol on other USCP camera footage and saw that SUENRAM eventually exited through the South Door Vestibule after spending approximately 25-27 minutes inside the U.S. Capitol. The affiant further observed SUENRAM on exterior USCP CCTV footage walking away from the U.S. Capitol towards the north. However, rather than exit Capitol grounds after his two entries, at roughly 3:40 p.m., SUENRAM positioned himself in front of a mob that had gathered outside the North Door and was confronting police officers. After repeated attacks by the mob, police officers retreated inside the U.S. Capitol building. SUENRAM kept his place at the front of the mob, and even after the officers' retreat inside the building, SUENRAM stood directly in front of the North Door for several minutes, filming and cheering as police officers deployed tear gas in an attempt to clear the area. SUENRAM remained a few feet away from the North Door as other rioters tried to use a bike rack and other objects to force entry into the building.



*Image 9: Suenram joined the front of a mob at the North Door that tried to force its way into the U.S. Capitol.*



*Images 10 - 11: After officers retreated into the U.S. Capitol building and made efforts to clear the North Door area, SUENRAM remained directly in front of the door.*

Based on the foregoing, your affiant submits that there is probable cause to believe that SUENRAM violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2)

7

knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that SUENRAM violated Title 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly; (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Brian Hedgecock
Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 6TH day of July 2023.

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE